

# CHRIS DANIEL  <span style="color:red">01-15-00139-CR</span>

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 3:34:39 PM
CHRISTOPHER A. PRINE
Clerk

February 6, 2015

KURT WENTZ
ATTORNEY OF RECORD
5629 FM 1960
HOUSTON, TX 77069

Defendant's Name: LATURE ROBERT IRVIN

Cause No: 1282104

Court: 263RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1-28-15
**Sentence Imposed Date:** 1-28-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: KURT WENTZ**

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MARICA BARNETT (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1282104

# THE STATE OF TEXAS
## IRVIN, LATURE ROBERT , A/K/A/ _____
V.

**FILED**
Chris Daniel
District Clerk
Time: _____ JAN 28 2015
By _____ Harris County, Texas
Deputy

_____ District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On ___JAN 28 2015___ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

- ☐ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

JAN 28 2015
_____
**Date**

LATURE ROBERT IRVIN
_____
**Defendant (Printed name)**

_Quinones_
_____
**Attorney (Signature)**

Letitia D. Quinones
_____
**Attorney (Printed name)**

24008433
_____
**State Bar Number**

1207 S. Shepherd 77019
_____
**Address**

713 523-7878
_____
**Telephone Number**

The defendant (check all that apply):

- ☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☐ ASKS the Court to ORDER that a free record be provided to him.
- ☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

In custody
_____
**Defendant (Signature)**

_____
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

□ **IS NOT** indigent at this time.

□ **IS** indigent for the purpose of

□ employing counsel

□ paying for a clerk's and court reporter's record.

□ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

□ Counsel's motion to withdraw is **GRANTED / DENIED.**

□ Defendant / appellant's motion (to be found indigent) is **DENIED.**

□ Defendant's / appellant's motion is **GRANTED** and

□ _____ (attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

□ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

□ **SET** at $ _____

□ **TO CONTINUE** as presently set.

□ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: _____2/2/2015_____

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1282104

THE STATE OF TEXAS

IN THE 263 DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

IRVIN, LATURE ROBERT, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✔] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

JAN 28 2015

01-28-15

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____
Defendant

X _____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
Time: JAN 29 2015
By _____
Harris County, Texas
Deputy

State Bar of Texas ID number: 24008433

Mailing Address: 1907 S. Shepherd

Telephone number: 713 481 7420

Fax number (if any): 713 523 7887

* "A defendant in a criminal case has the right of appeal under these rules: The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

ist

Court 263    3-29-15    Cause No. 1282109

The State of Texas
Vs

IRVIN, LATURE ROBERT

1-28-15

JAN 28 2015

**Date Notice
Of Appeal:** _____

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** JIM WALLACE

**Court Reporter** MARCIA BARNETT

**Court Reporter** _____

**Court Reporter** _____

**Attorney
on Trial** LETITIA QUINONES

**Attorney
on Appeal** TBD

Appointed ✓ Hired _____

**Offense** SEXUAL ASSAULT

**Jury Trial**    Yes ✓ No _____

**Punishment
Assessed** LIFE

**Companion Cases
(If Known)** 1421788

**Amount of
Appeal Bond** N/A

**Appellant
Confined:**    Yes ✓ No _____

**Date Submitted
To Appeal Section** 2/3/15

**Deputy Clerk** N JONES